**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| CARLOS BECERRA, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>   Respondent. ) | CIVIL ACTION NO.<br>2:19cv1086-MHT<br>(WO) |

**DISMISSAL ORDER**

Upon consideration of petitioner's motion to withdraw and dismiss (doc. no. 4), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 18th day of February, 2020.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**